IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

RUTHIE FEINSTEIN, et al., etc.,   )
                                  )
                 Plaintiffs,      )
                                  )
     v.                           )     No. 08 C 6354
                                  )
CONAGRA FOODS, INC.,              )
                                  )
                 Defendant.       )

                        MEMORANDUM ORDER

     ConAgra Foods, Inc. ("ConAgra") has filed a timely Notice of
Removal of this action from the Circuit Court of Cook County,
invoking federal jurisdiction on diversity of citizenship
grounds.  This memorandum order is issued sua sponte to schedule
an early status hearing to look into the existence or
nonexistence of subject matter jurisdiction--as our Court of
Appeals taught more than two decades ago in <u>Wis. Knife Works v.
Nat'l Metal Crafters</u>, 781 F.2d 1280, 1282 (7th Cir. 1986) and has
regularly repeated (albeit in somewhat different language) since
then:

     The first thing a federal judge should do when a
     complaint is filed is check to see that federal
     jurisdiction is properly alleged.

     Because Illinois state law precludes personal injury
plaintiffs from including an express ad damnum in their
complaints, ConAgra has perforce been compelled to make its own
judgment as to the amount in controversy.  It has certainly done
so thoughtfully, but the fact remains that if none of plaintiffs

Ruthie, James and Eliana Feinstein intended by filing this action to seek a recovery in excess of $75,000 (exclusive of interest and costs), they rather than ConAgra would be entitled to their choice of forum in the state court system.

Accordingly this action is set for an initial status hearing at 9 a.m. November 12, 2008. If it then appears that ConAgra is right in its assertion that more than $75,000 is in controversy, this Court will be pleased to retain the case and address the next steps to be taken in this District Court. If however such is not the case, an order would be called for remanding the case to the state court for lack of subject matter jurisdiction under 28 U.S.C. §1447(c).

_____
Milton I. Shadur
Senior United States District Judge

Date: November 6, 2008